Tatiana Neroni, Appellant, v Jonathan S. Follender et al., Respondents.

Submitted May 9, 2016; decided June 28, 2016

Motion, insofar as it seeks disqualification of Judges Stein and Fahey, dismissed as academic; motion, insofar as it seeks disqualification of Chief Judge DiFiore, dismissed upon the ground that the Court of Appeals has no authority to entertain the motion made on nonstatutory grounds. The application seeking recusal of the Chief Judge is referred to her for individual consideration and determination. Chief Judge Di-Fiore denies the referred motion for recusal. On the Court's own motion, appeal, insofar as taken from the December 2013 and April 2014 Supreme Court orders, dismissed, without costs, upon the ground that it does not lie, and, insofar as taken from the Appellate Division order, dismissed upon the ground that no substantial constitutional question is directly involved. Motion for ancillary relief denied.

Judges Stein and Fahey taking no part.

John K. Renke II, Respondent, v Joyce Kwiecinski, Appellant.

Submitted May 9, 2016; decided June 28, 2016

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (see Arthur Karger, Powers of the New York Court of Appeals § 12:3 at 436-437 [3d ed rev 2005]).

Wells Fargo Bank, N.A., Respondent, v Timothy M. Rooney, Appellant, et al., Defendants.

Submitted May 2, 2016; decided June 28, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.